UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YDALIA RUBIO-DENAVARRO, on behalf of herself and
all others similarly situated,

        Plaintiff,

v.

JOHN HARVARD'S BREW HOUSE NEW YORK, L.L.C.
and VOUME SERVICES, INC.,

        Defendants.
-----------------------------------------------------------------X

Docket No.: 15-cv-7091

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between by and between the undersigned counsel for the parties that the above-captioned action is voluntarily dismissed, with prejudice against defendants JOHN HARVARD'S BREW HOUSE NEW YORK, L.L.C. and VOLUME SERVICES, INC. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 7, 2017
Great Neck, NY

**MCLAUGHLIN & STERN LLP**
**LAW OFFICE OF PETER A. ROMERO**
Attorneys for plaintiff

_____
Jose G. Santiago, Esq.
1010 Northern Boulevard, Suite 400
Great Neck, NY 11021
Ph: (516) 829-6900
Fx: (516) 829-6966
jsantiago@mclaughlinstern.com

Peter A. Romero, Esq.
Attorneys for plaintiff
503 Route 111
Hauppauge, NY 11788
Ph: (631) 257-5588
Peteraromero@gmail.com

Dated: June 7, 2017
New York, NY

**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
Attorneys for defendants

_____
William F. Cusack
Alexandra C. Manfredi
Attorneys for Defendants
150 East 42nd Street
New York, New York 10017
Ph: (212) 490-3000
Fx: (212) 490-3038
File No. 14526.00011

8196985v.1